UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES JAMES WILLIAMS, | ) |
| | ) |
| Petitioner, | ) CASE NO.   C11-2095-RSM-JPD |
| | ) (CR07-426-RSM) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) ORDER GRANTING |
| | ) GOVERNMENT'S MOTION FOR |
| Respondent. | ) EXTENSION OF TIME |
| | ) |

This is an action brought under 28 U.S.C. § 2255. This matter comes before the Court at the present time on the government's motion for an extension of time to respond to petitioner's § 2255 motion. The Court, having reviewed the government's motion, and the balance of the record, does hereby find and ORDER as follows:

(1) The government's unopposed motion for an extension of time to respond to petitioner's § 2255 motion (Dkt. No. 8) is GRANTED. The government is directed to file and serve an answer to petitioner's § 2255 motion not later than *May 21, 2012*. The government is reminded that the answer will be treated in accordance with Local Rule CR 7 and, thus, should be noted on the Court's calendar for consideration on the fourth Friday after it is filed.

ORDER GRANTING GOVERNMENT'S
MOTION FOR EXTENSION OF TIME - 1

(2) The Clerk shall direct copies of this Order to petitioner, to counsel for the government, and to the Honorable Ricardo S. Martinez.

DATED this 13th day of April, 2012.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING GOVERNMENT'S
MOTION FOR EXTENSION OF TIME - 2