UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES JAMES WILLIAMS, | ) |
| | ) |
| Petitioner, | ) CASE NO. C11-2095-RSM-JPD |
| | ) (CR07-426-RSM) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) ORDER GRANTING |
| | ) GOVERNMENT'S MOTION FOR |
| Respondent. | ) EXTENSION OF TIME |
| | ) |

This is an action brought under 28 U.S.C. § 2255. This matter comes before the Court at the present time on the government's motion for an extension of time to respond to petitioner's § 2255 motion. The Court, having reviewed the government's motion, and the balance of the record, does hereby find and ORDER as follows:

(1) The government's unopposed motion for an extension of time to respond to petitioner's § 2255 motion (Dkt. No. 8) is GRANTED. The government is directed to file and serve an answer to petitioner's § 2255 motion not later than *May 21, 2012*. The government is reminded that the answer will be treated in accordance with Local Rule CR 7 and, thus, should be noted on the Court's calendar for consideration on the fourth Friday after it is filed.

ORDER GRANTING GOVERNMENT'S
MOTION FOR EXTENSION OF TIME - 1

(2) The Clerk shall direct copies of this Order to petitioner, to counsel for the government, and to the Honorable Ricardo S. Martinez.

DATED this 13th day of April, 2012.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING GOVERNMENT'S
MOTION FOR EXTENSION OF TIME - 2