UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES JAMES WILLIAMS, )
 )
      Petitioner, ) CASE NO.  C11-2095-RSM
 )           (CR07-426-RSM)
  v. )
 )
UNITED STATES OF AMERICA, ) ORDER DENYING MOTION UNDER
 ) 28 U.S.C. § 2255
      Respondent. )
_____ )

      The Court, having reviewed petitioner's motion under 28 U.S.C. § 2255, the briefing of the parties, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, the objections of Petitioner and the remaining record, does hereby find and ORDER:

      (1)    The Court adopts the Report and Recommendation;

      (2)    Petitioner's amended motion under § 2255 (Dkt. No. 6) is DENIED and this action is DISMISSED with prejudice;

      (3)    In accordance with Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is DENIED; and

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255
PAGE -1

01       (4)   The Clerk shall send copies of this Order to petitioner, to counsel for the
02  government, and to Judge Theiler.
03       DATED this 22 day of January 2013.

          _____
          RICARDO S. MARTINEZ
          UNITED STATES DISTRICT JUDGE