UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES JAMES WILLIAMS, )
)
    Petitioner, ) CASE NO.    C11-2095-RSM
)                 (CR07-426-RSM)
    v. )
)
UNITED STATES OF AMERICA, ) ORDER DENYING MOTION UNDER
) 28 U.S.C. § 2255
    Respondent. )
_____ )

    The Court, having reviewed petitioner's motion under 28 U.S.C. § 2255, the briefing of the parties, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, the objections of Petitioner and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Petitioner's amended motion under § 2255 (Dkt. No. 6) is DENIED and this action is DISMISSED with prejudice;

    (3)    In accordance with Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is DENIED; and

01       (4)    The Clerk shall send copies of this Order to petitioner, to counsel for the
02 government, and to Judge Theiler.

03       DATED this 22 day of January 2013.

                                            _____
                                            RICARDO S. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255
PAGE -2